UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRAND Q, INC., a California corporation,

        Plaintiff,

v.

JUNG GMBH, LIMITED LIABILITY COMPANY, a German limited liability company, individually and doing business as "TieDrake" and "tiepassion"; L.A.M. TRADING UG, LLC, a German limited liability company, individually and doing business as "Paul Malone"; and, HOLGER JUNG, an individual,

        Defendants.

Case No.: 9:22-CV-80769-DMM

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Brand Q, Inc., on the one hand, and Defendants Jung GMBH, LLC, L.A.M. Trading UG, LLC, and Holger Jung, on the other, hereby jointly stipulate to dismiss the instant action in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each of the parties paying their own attorneys' fees and costs pursuant to a confidential settlement reached by the parties.

Dated: March 20, 2023

Respectfully submitted,

By: **T. Raquel Wiborg-Rodriguez**
Stephen M. Gaffigan
(Fla. Bar No. 025844)
T. Raquel Wiborg-Rodriguez
(Fla. Bar. No. 103372)
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
E-mail: Stephen@smgpa.cloud
E-mail: Raquel@smgpa.cloud

        Stephen M. Doniger
(Admitted *pro hac vice)*
Kelsey M. Schultz
(Admitted *pro hac vice*)
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90029
Telephone: (310) 590-1820
E-mail: stephen@donigerlawfirm.com
E-mail: kschultz@donigerlawfirm.com

Attorneys for Plaintiff.

By: **Matthew S. Nelles**

E. Adriana Kostencki
Florida Bar No. 84507
AKostencki@ExoroLaw.com
EXORO LAW
101 NE 3rd Avenue, Suite 1500
Fort Lauderdale, FL 33301
T: (954) 246-4890
E: Paralegal@ExoroLaw.com

Matthew S. Nelles, Esq.
NELLES LAW GROUP
101 NE 3rd Avenue, Suite 1500
Fort Lauderdale, FL 33301
(954) 246-4800
mnelles@nelleslawFL.com
ybernstein@nelleslawFL.com

Attorneys for Defendants